# Ogletree
# Deakins

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

One Allen Center
500 Dallas Street, Suite 3000
Houston, TX 77002
Telephone: 713.655.0855
Facsimile: 713.655.0020
www.ogletreedeakins.com

\* Carolyn Russell
713.655.5771
carolyn.russell@ogletreedeakins.com

\* Board Certified Labor & Employment Law

July 15, 2010

<u>*Via Federal Express and Regular Mail*</u>
Honorable Michael A. Shipp
United States Magistrate
United States District Court
Martin Luther King Courthouse
50 Walnut Street, Room 2042
Newark, NJ 07102

  RE: *Adeva v. Intertek USA Inc.*
     *Civil Action No. 09-1096 (SRC) (MAS*

Dear Magistrate Judge Shipp:

  The undersigned represent the parties in the above entitled matter. Pursuant to Your Honor's request for a status report, please be advised that the parties have agreed to a settlement and are preparing the settlement agreement to be submitted to Judge Chesler for approval. Please note that, since this is an action under the Fair Labor Standards Act, a 60-day order should not be issued as we need formal approval of the settlement by Judge Chesler.

  Should your honor have any questions or suggestions, please do not hesitate to contact the undersigned directly.

  **PLAINTIFF'S COUNSEL, ANDREW FRISCH, ESQ., HAS AUTHORIZED ME TO SIGN THIS ON HIS BEHALF AS WELL.**

July 15, 2010
Page 2



        Very truly yours,

        OGLETREE, DEAKINS, NASH,
        SMOAK & STEWART, P.C.
        Attorneys for Defendant

        *Carolyn Russell*

        Carolyn Russell

CR/kke